**United States District Court**

**District of Massachusetts**

**Western Division**

| | |
|---|---|
| **TRIF Company** <br>       **Plaintiff** | ) <br> ) <br> ) |
| **v.** | ) <br> )    C.A. No. –04– 30194– MAP |
| **Chris Morris d/b/a International Housewares,** | ) |
| **Frank Stoegarar d/b/a Worldwide Marketing,** | ) |
| **Zia Biao Xu and Zhi Xiong Xu d/b/a Earth Link** | ) <br> ) |
| **LLC** | ) |

## <u>AFFIDAVIT OF David Harmon</u>

I, David Harmon do hereby depose and state the following upon oath.

1. For the past fifteen years I have been fully engaged in specialty retail selling at temporary locations.

2. The specialty retail industry involves the development and marketing of specialty items at venues such as state fairs like the Big Exposition in Springfield, Massachusetts. See Exhibit 1. (The summer 2004 Specialty Retail Magazine).

3. Approximately one year ago I incorporated TRIF Company, a Texas corporation with offices in Rhode Island, to promote a line of therapeutic pillows.

4. TRIF Company conducted extensive research into these pillows including analysis by medical professionals. See Exhibit 2 (Medical Endorsement).

5. After seven or eight trips to China, TRIF Company developed manufacturing specifications to make the pillows in that country. The specifications include water resistant covering material of a nylon/spandex blend that is machine washable and dryable, premium medical grade micro-beads from Holland, tape reinforced seams, double locked stitched seams and double sewn closures, and hypo-allergenic and FDA approved materials.

6. TRIF Company invested hundreds of thousands of dollars in the development, advertising, manufacturing, importing and distribution of this product line over the past year. (See Exhibit 3.)(Examples of Advertising)

7. TRIF Company had special packaging designed for the pillows by Doug Wolley of Cranston, Rhode Island, who created a largely transparent bag for the pillows with distinctive lettering and logos. One version of the bag includes the slogans "SNOOZTIME on the Beach" and " The Next Best Thing!"

8. Another version of the bag designed by Wolley for TRIF Corporation says " SNOOZTIME" and "A Relaxing Experience".

9. The pillows are marketed under the trademark name SNOOZTIME.

10. The SNOOZTIME pillows are sold in ten to twelve colors including some florescent colors and wholesale at a price of $6.50 to $8.00 each.

11. The pillows are sold in state fairs across the country including the current Big Exposition in Springfield, Massachusetts, which runs from September 17 to October 3, 2004.

12. The SNOOZTIME therapeutic pillows were introduced to the market on July 4, 2004 at the Delmar California Fair at a cost of $12,500 plus related expenses.

13. TRIF Company sells the product to individuals on a retail bases as well as bulk purchase customers who typically operate specialty kiosks in malls.

14. TRIF Company also markets the pillows to department stores and chain stores.

15. Earlier this year, Frank Stoegarar of Worldwide Marketing, tried to buy TRIF Company's inventory of therapeutic pillows for his specialty retail firm, but I refused to sell.

16. At or near the time of the debut of SNOOZTIMEs therapeutic pillow line, Frank Stoegarar and/or Zia Biao Xu acquired one or more SNOOZTIME pillows.

17. At the Big Exposition in Springfield, Massachusetts on September 21 of this year, I learned that Frank Stoegarar in conjunction with Zia Biao Xu and Chris Morris of International Housewares were selling copies of the SNOOZTIME therapeutic pillow at a wholesale price of $3.40 to $5.50. The colors were the same as those of the SNOOZTIME pillows which retail at $20.00.

18. I acquired one of Morris' pillows and immediately detected a strong odor of petroleum, a lighter covering material that easily runs and pulls, industrial grade beads from China with a distinctive odor, fewer large beads with irregular surfaces than the SNOOZTIME product, no seam

reinforcement, inferior seam stitching, a counterfeit label and most importantly, an offensively and virtually identical package.

19. The Morris package reads " ZZZ's Time on the Couch" and "The Next Best Stuff" in a largely transparent bag with identical markings and lettering as the SNOOZTIME bag.

20. The drawstring, artwork, coloring, and logo style are identical.

21. The introduction by the Defendants of this product line at the Big Exposition, where TRIF Company has invested a significant sum to market its therapeutic SNOOZTIME pillows, was calculated to confuse SNOOZTIME's customers.

22. During the first two days of the Big Exposition, 75% of TRIF Company's sales were SNOOZTIME's therapeutic pillows. That figure decreased to 40% of sales as of September 22, after Morris began selling the copycat pillows in SNOOZTIMEs packaging.

23. I understand that Morris and his associates have criticized the SNOOZTIME pillow line, alleging erroneously that the products are not washable.

24. I understand that Morris and his associates are grossing more than $1,200 a day selling their infringing pillow products and that the Morris group has purchased 5,000 pillows for sale in this country.

25. I have lost retail and bulk sales to the Morris group based on my reduced sales as well based on information I have gathered from the field.

26. TRIF Company has projected gross sales at the Big Exposition was $70,000-$80,000 prior to the introduction of the knock-off products by the Morris group.

27. I have also purchased and imported more than 42 freight containers from China, each containing approximately 7,000 pillows, TRIF Company has also invested in an additional 45 containers either in production or in transit.

28. TRIF Company's rental costs for the Big Exposition is approximately $4,000 not including transportation, advertising, labor and marketing materials such as posters.

29. In addition to stealing customers from TRIF Company, the Morris group has harmed the reputation of SNOOZTIME and TRIF Company for quality, has diluted the SNOOZTIME trademark by confusing SNOOZTIME therapeutic pillows with inferior knock-off products and has caused TRIF Company incalculable losses.

1
2
3
4
5
6   The foregoing statements are made under the penalties of perjury.
7
8
9
10                                                              David Harmon, President
11
12
13                                                                      Witness
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30

H:\TRIF-JCX\WP\audiopz\Trf\ Affidavk.doc                        -4-

# specialty
# retail

THE MAGAZINE FOR
RETAIL ENTREPRENEURS

## The Cool Guys
## of HotHeadz

### Bruce Singer and
### Jay Oxenhorn

Safe and Easy to Use! Reusable
Hot and Cold Pack
*Shoulder Wrap*
with Aromatherapy

Safe and Easy to Use! Reusable
Hot and Cold Pack
*Foot & Hand Warmer*

*Basalt Rock Pack*
with Aromatherapy

*Lavender Eye Pillow*

# NEW SNOOZTIME™ DREAMER PILLOW
# ENDORSED BY LEADING CHIROPRACTOR

*"The new DREAMER PILLOW has many distinct advantages over regular foam pillows."    Dr. James Baggio, D.C.*

1. First of all, they are very comfortable!

2. If you are a side sleeper, the pillow will mold to your shoulder height allowing you to keep your neck in line with your spine vs. being bent or crooked.

3. If you are a back sleeper, the pillow nicely fills the gap between your neck and the bed and keeps the proper curvature in your neck (arched slightly forward, towards your throat).

4. Many of the cervical pillows on the market will lose their support and need to be replaced, often within a years time. Snooztime™ pillows should maintain their supportive qualities indefinitely, due to the flexible qualities of the filling.

5. The entire pillow can easily be machine washed, as opposed to just the pillow case.

6. People who are unable to enjoy the supportive qualities of a down pillow due to allergies can now enjoy the same supportive qualities of down in a Snooztime pillow without the discomfort of allergies.

7. They feel really cool and comfortable!!!



**James Baggio D.C.**



**Just a Better Pillow**

**For further information, visit snooztime.com or call 1-800-336-0088**

# The World's Best Pillow is

squishy

snuggly

Visit
heatw

# Next Hottest




# New Product!



**GREAT FOR:**
**Travel**
**Lounging**
**Sleeping**
**Camping**
**FUN!**

## Your customers will
### *touch it, love it, buy it!*

- ◆ Universally loved by all
- ◆ Proven high volume sales
- ◆ Full line of sizes, shapes and colors
- ◆ High Quality
- ◆ Machine washable
- ◆ Complete turnkey concept—everything needed to start
- ◆ Low start up cost—includes enough product to triple your investment
- ◆ Retail price points $14.95 to $44.95




For Information Call:
**1-800-336-0088**
**www.texrif.com**
sales@texrif.com
**TRIF CORPORATION**
**231 VZCR 4104**
**Canton, TX 75103**





# ATTENTION:
# PUSHCARTS AND KIOSKS

## The *World's Best Pillow* Is Your Next Hottest New Product!

# NOW... BUY BY THE
# CONTAINER LOAD!



## PLAN #1   BUY A 20 FT. CONTAINER

| PILLOW STYLE | QTY per CONT. | PRICE EA. | YOUR COST | SELL PRICE | TTL SALES | PROFIT |
|---|---|---|---|---|---|---|
| ORIGINAL SNOOZ | 1500 | $5.20 | $7800.00 | $19.95 | $29925.00 | $22125.00 |
| U-SNOOZ NECK | 350 | 5.50 | 1925.00 | 29.95 | 10482.50 | 8557.50 |
| ANYWHERE SNOOZ | 350 | 6.60 | 2310.00 | 34.95 | 12232.50 | 9922.50 |
| SNOOZ DREAMER | 150 | 9.10 | 1365.00 | 49.95 | 7492.50 | 6127.50 |
| LUMBAR SNOOZ | 150 | 7.60 | 1140.00 | 29.95 | 4492.50 | 3352.50 |
| BODY SNOOZ | 150 | 9.10 | 1365.00 | 44.95 | 6742.50 | 5377.50 |
| TOTALS: | 2650 | | $15,905.00 | | $71,367.50 | $55,462.50 |

TERMS: See all Terms below.

## PLAN #2   BUY A 40 FT. CONTAINER

| PILLOW STYLE | QTY per CONT. | PRICE EA. | YOUR COST | SELL PRICE | TTL SALES | PROFIT |
|---|---|---|---|---|---|---|
| ORIGINAL SNOOZ | 3500 | $5.20 | $18,200.00 | $19.95 | $69825.00 | $51625.00 |
| U-SNOOZ NECK | 800 | 5.50 | 4400.00 | 29.95 | 23960.00 | 19560.00 |
| ANYWHERE SNOOZ | 800 | 6.60 | 5280.00 | 34.95 | 27960.00 | 22680.00 |
| SNOOZ DREAMER | 300 | 9.10 | 2730.00 | 49.95 | 14985.00 | 12255.00 |
| LUMBAR SNOOZ | 300 | 7.60 | 2280.00 | 29.95 | 8985.00 | 6705.00 |
| BODY SNOOZ | 300 | 9.10 | 2730.00 | 44.95 | 13485.00 | 10755.00 |
| TOTALS: | 6000 | | $35,620.00 | | $159,200.00 | $123,580.00 |

TERMS: See all Terms below.

## PLAN #3   ORDER W/ DEFERRED SHIPPING

SAME PLAN AS ABOVE EXCEPT YOU ARE PLACING YOUR ORDER NOW FOR GUARANTEED NOVEMBER DELIVERY, JUST IN TIME FOR HOLIDAY SELLING! THE ONLY DIFFERENCE IN COST TO YOU IS .75 CENTS PER UNIT INCREASE. *THE SURCHARGE IS REQUIRED BECAUSE WE CARRY THE BALANCE UNTIL YOUR ORDER SHIPS.* THIS PLAN WILL GIVE YOU THE SECURITY OF KNOWING YOU WILL HAVE AMPLE PRODUCT DURING THE PEAK HOLIDAY BUYING PERIOD, WITHOUT SCRAMBLING FOR PRODUCT AT THE LAST MINUTE. *THE MOST VERSATILE PLAN!* *THIS PLAN IS ONLY AVAILABLE UNTIL SEPTEMBER 15, 2004.* AFTER THAT, WE CANNOT GUARANTEE HOLIDAY DELIVERY!!!

## PLAN #4   BUY DIRECT FROM OUR WAREHOUSE

| PILLOW STYLE | QTY per CASE | PRICE EA. | SELL PRICE |
|---|---|---|---|
| ORIGINAL SNOOZ | | $8.00 | $19.95 |
| U-SNOOZ NECK | | 9.50 | 29.95 |
| ANYWHERE SNOOZ | | 10.50 | 34.95 |
| SNOOZ DREAMER | | 16.50 | 49.95 |
| LUMBAR SNOOZ | | 9.50 | 29.95 |
| BODY SNOOZ | | 15.50 | 44.95 |

Orders from this plan are shipped directly from our warehouses in Texas, Rhode Island, Los Angeles, Seattle, Toronto, or Vancouver. Please call for details.

## TERMS



1. All goods F.O.B. China
2. 50% deposit upon order placement
3. Product usually ships 2-3 weeks from order placement.
4. Balance to be paid when container leaves China.
5. We can provide a Broker for buyer if needed
6. Buyer is responsible for Customs, Insurance, & Freight Charges.
7. Container will be delivered to your specified location.
8. Loss of deposit if balance is not paid when required.
9. TRIF Corp. not responsible for delays for any reason.







## *For Information Call:*

**BEWARE OF IMITATORS!**
Snooz Time™ products are only distributed by reps from TRIF Co. Inc. in the U.S. and Canada!

**David Harmon**
**972-567-4133**    or    **Kevin McIntyre**
**401-952-4586**

distributed exclusively by
**TRIF CORPORATION**
**1-800-336-0088**
sales@texrif.com

TRIF Co. Inc. 231 V.Z. 4104, Canton, Texas 75103

# Get Therapeutic Neck Pain Relief

## with the

# "U-SNOOZ" NECK REST PILLOW

## "FOR A REAL PAIN IN THE NECK!"



- Therapeutic
- Helps Posture
- Relieves Tension
- Eases Fibromyalgia



SPANDEX SIDE KEEPS YOU COOL AND COMFORTABLE IN THE HEAT OF SUMMER

**great for**

- cars,
- boats,
- trains,
- planes,
- beaches,
- stadiums!

# ANYWHERE!

distributed exclusively by
**TRIF CORPORATION**
1-800-336-0088
sales@texrif.com

**www.snooztime.com**
**www.texrif.com**



Your Snooztime pillow will provide years of comfort with only minimal maintenance and cleaning. The pillow shell is a blend of super stretch Nylon and Spandex, and the filling is 100% polystyrene foam beads.

## Washing Instructions:

The Snooztime pillow can be hand washed in warm water using a mild detergent and then air dried. Using an oxygen bleach or enzyme pre-wash can help remove stubborn stains.
DO NOT USE CHLORINE BLEACH.

The Snooztime pillow can also be machine washed on a Gentle cycle using warm water, mild detergent and oxygen bleach, and then dried in the dryer using the Fluff setting.
DO NOT USE CHLORINE BLEACH.



**Please Print:**

Name: _____

Address:_____

_____

Email:_____

Where Puchased: _____

Date Puchased: _____

**Warranty**
Snooztime™ warrants to the original purchaser that our pillows will be free from defects in materials and workmanship for a period of 90 days from the date of the original sales receipt. If during the warranty period our pillows are found to have defects in materials or workmanship they will be replaced without charge. Except as set forth above, Snooztime makes no other warranties, either express or implied, including the implied warranties of merchantability or fitness for a particular purpose. In no event will Snooztime, its employees or officers, or employees and officers of the parent corporation be liable for incidental or consequential damages of any kind, whether such damages are claimed on account of breach or warranty, breach of contract, or strict product liability, including without limitations, damage to property or other economic losses. This limited warranty gives you specific legal rights and you may also have other rights, which vary from state to state.



Visit us on the web @ www.snooztime.com    (800) 336-0088 Toll Free

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 169    CANTON TX

POSTAGE WILL BE PAID BY ADDRESSEE

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

CUSTOMER SERVICE
TEXAS RHODE ISLAND FORWARDING
231 VZCR 4104
CANTON TX  75103-9987

# SNOOZTIME™ DREAMER™



## THE DREAMER™

is a luxurious full-size bed pillow with the incredible comfort, support and easy care of our Snooztime™ personal and travel pillows. The fill of the Dreamer™ is made exclusively of ultra slippery "microbeads", providing uniform support to your head and neck throughout the night.

Unlike expensive "memory foam", our microbead fill moves when you move, continuously changing to meet your support needs. There are no zippers or hardware of any kind and the durable stretch cover won't bunch up or fold over, so no more "pillow marks" or "bed face" in the morning! Made of durable Cotton, Polyester and Microbeads, the Dreamer™ is naturally hypoallergenic and resists the growth of mold, mildew and bacteria. And the Dreamer™ is completely washable*.



Polystyrene microbead filling

How many pillows have you owned that you could easily and safely wash? Check out these great features:

- Completely washable*
- Incredible comfort
- Uniform support
- 27" x 15" x 4"

- Hypoallergenic
- Durable
- Easy care
- Just 24.69 ounces

*see product care tag

## SNOOZTIME™ DREAMER™
the "Ultimate Good Night's Rest"



SNOOZTIME
Just a Better Pillow

(800) 336-0088    www.snooztime.com