# United States District Court

_____ DISTRICT OF _____

TRIF Company

V.

Chris Morris d/b/a International Housewares
Frank Stoegarar d/b/a Worldwide Marketing
Zia Biao Xu and Zhi Xiong d/b/a Earth Link LLC

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-30194-MAP

TO: (Name and address of defendant)

Chris Morris d/b/a International Housewares
and/or % Representative Agent/Exhibitor
BIG Exposition, Springfield Massachusetts

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Harris K Weiner, Esq. #551981
Law office of Jeffry B. Pine
321 South Main St
Suite 302
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK: Mary Finn

DATE: September 28, 2004

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  Sept 28, 2004 @ 12:30pm |
| NAME OF SERVER (PRINT)  Neville Bedford | TITLE  Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Agent Place where served: % Sandy Mason at Big Brothers, Springfield, Fairgrounds, Springfield, MA

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL  $25.00 | SERVICES  $25.00 | TOTAL  $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Sept 28, 2004
           Date

Signature of Server

Address of Server: 148 Narrows Rd, Bristol, RI 02809

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.