**United States District Court**

**District of Massachusetts**
**Central Division**

FILED

JAN 19 / 11:30

U.S. DISTRICT COURT
DISTRICT OF MASS

| | | |
|---|---|---|
| **TRIF Company** | ) | |
| **Plaintiff** | ) | |
| **V.** | ) | |
| **Chris Morris d/b/a International** | ) | **C.A. No. –04-30194-MAP** |
| **Housewares, Frank Stoegarar d/b/a** | ) | |
| **Worldwide Marketing, Zia Biao Xu and** | ) | |
| **Zhi Xiong Xu d/b/a World Link, LLC** | ) | |
| | ) | |
| | ) | |
| | ) | |

## MOTION OF PLAINTIFF TO CONTINUE SCHEDULING CONFERENCE

Now comes the Plaintiff TRIF Company to respectfully request a continuance of the

scheduling conference currently set for January 21, 2005 at 11:30 a.m. before Magistrate

Judge Neiman. None of the Defendants have answered or otherwise pled responsively.

The Plaintiff intends to dismiss one of the Defendants, and is having difficultly despite

due diligence[1] effectively serving a third Defendant. A continuation of the scheduling

conference will allow the Plaintiff to streamline the case by settling with Defendant

International Housewares, to continue settlement discussions with Defendant Worldwide

Marketing and to serve Defendant, World Link, LLC at a West Coast business address

that the Plaintiff recently discovered.

---

[1] The original complaint was served to Defendants Worldwide Marketing and World
Link, LLC on September 28, 2004 by requesting a waiver of service of summons to
which no response was received, and personal service has been attempted repeatedly on
the last known business addresses of these defendants since that time. Defendant Chris
Morris d/b/a International Housewares was personally served in Massachusetts in
September 2004.

The Plaintiff notified the Defendants of this scheduling conference by letter dated December 28, 2004. Only Defendant Worldwide Marketing, located in California, has acknowledged the conference but has not expressed an intent to participate.

Wherefore, Plaintiff TRIF Company respectfully requests a sixty-day continuance of the scheduling conference in the above-referenced matter to secure participation of the proper parties to this action and render such a conference more productive for the Court and litigants.

Respectfully submitted by,
Plaintiff,
By its Attorneys

Harris K. Weiner, Esq. # 551981
Law Office of Jeffrey B. Pine
321 South Main Street
Suite 302
Providence, RI 02903
Phone: (401) 351-8200
Fax: (401) 351-9032

## **CERTIFICATION**

I, the undersigned, hereby certify that on this ___18___ day of January 2005, I mailed a true copy of the foregoing *Motion of Plaintiff to Continue Scheduling Conference* to Chris Morris d/b/a International Housewares, 6601 Ventor Ave. Suite 305 Ventor, NJ 08406

_____
Leslie A. Odom