UNITED STATES DISTRICT COURT
COUNTY OF MASS-CENTRAL DIVISION
---------------------------------------------------------------------------------X   Index No.   04-30194-MAP
12-28-04 TRIF COMPANY- 04-30194-MAP,

                           Plaintiff(s)
     Against                                                                                         Affidavit of Service of
CHRIS MORRIS D/B/A INTERNATIONAL HOUSEWARES, ET AL,             Summons and Amended
                                                                                                  Complaint

                         Defendant(s)
---------------------------------------------------------------------------------X
STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at BRONX, NY

That on January 06, 2005 at 03:02 PM at the address

    178 HESTER STREET
    NEW YORK, NY 10013

deponent served the within Summons and Amended Complaint

UPON: **ZIA BIAO XU d/b/a WORLD LINK LLC**

By personally delivering a true copy of the Summons and Amended Complaint to REFUSED NAME, a person of suitable age and discretion. Said premises is Defendant's actual place of business.
On 1/7/2005, deponent enclosed a copy of the Summons and Amended Complaint in a postpaid envelope properly addressed to the last known address of said served at:
178 HESTER STREET
NEW YORK, NY 10013
and said first class postpaid envelope, which bore the words 'Personal and Confidential' and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant, was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

       I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence, upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal statutes.

                                                                                                      ANGELO RODRIGUEZ
Sworn to before me this     14th day of January, 2005                      LICENSE NO.: 1000177

REGENIA LARKIN
NOTARY PUBLIC, STATE OF NEW YORK
NO: 01LA6045811
QUALIFIED IN BRONX COUNTY
COMMISSION EXPIRES: July 31, 2006



U.S. POSTAL SERVICE
CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:

N & H
139 FULTON STREET
NEW YORK, NY 10038

One piece of ordinary mail addressed to:

Zia Biao Xu
178 Hester St
New York NY 10013

PERSONAL
CONFIDENTIAL

PS Form 3817, January 2001

MAILED FROM NEW YORK NY 10038
JAN 07 05
$00.60
PB8561493
4031
1980
197

# United States District Court

_____ DISTRICT OF _____

TRIF Company                    Massachusetts - Central Division

V.

Chris Morris d/b/a International Housewares, Frank Stoegarar d/b/a Worldwide Marketing, Zia Biao Xu and Zhi Xiong Xu d/b/a World Link LLC

SUMMONS IN A CIVIL CASE

CASE NUMBER: C.A. 04-30194-MAP

TO: (Name and address of defendant)

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Harris K. Weiner, Esq.
Law Office of Jeffrey B. Pine, Esq., PC
321 South Main Street  Suite 302
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK

_____
DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE: JANUARY 6, 2005 |
| NAME OF SERVER (PRINT): ANGELO RODRIGUEZ | TITLE: PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

[ ] Served personally upon the defendant. Place where served: _____

[X] Left copies thereof at the defendant's place of business dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Refused to give name
178 Hester Street, New York, NY 10013

[ ] Returned unexecuted: _____

[X] Other (specify): Sub-Service on ZIABIAO XU D/B/A World Link LLC

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 6, 2005 at 3:02pm

Signature of Server: [signed] Angelo Rodriguez 1000177

Address of Server: Bronx, NY

REGENIA LARKIN
Notary Public, State of New York
No. 01LA6045811
Qualified in Bronx County
Commission Expires July 31, 2006

[signed] Regenia Larkin

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.