UNITED STATES DISTRICT COURT
COUNTY OF MASS-CENTRAL DIVISION
--------------------------------------------------------------------------------X    Index No.    04-30194-MAP
12-28-04 TRIF COMPANY- 04-30194-MAP,

                             Plaintiff(s)
        Against                                                              Affidavit of Service of
                                                                                                   Summons and Amended
CHRIS MORRIS D/B/A INTERNATIONAL HOUSEWARES, ET AL,      Complaint

                             Defendant(s)
--------------------------------------------------------------------------------X
STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at BRONX, NY

That on January 06, 2005 at 03:02 PM at the address
        178 HESTER STREET
        NEW YORK, NY 10013

deponent served the within Summons and Amended Complaint

UPON:   ZHI XIONG XU d/b/a WORLD LINK LLC

By personally delivering a true copy of the Summons and Amended Complaint to REFUSED NAME, a person of suitable age and discretion.  Said premises is Defendant's actual place of business.
On 1/7/2005, deponent enclosed a copy of the Summons and Amended Complaint in a postpaid envelope properly addressed to the last known address of said served at:
178 HESTER STREET
NEW YORK, NY 10013
and said first class postpaid envelope, which bore the words 'Personal and Confidential' and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant, was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.
Deponent describes the person actually served as follows:
SEX:     FEMALE
SKIN:    Yellow
HAIR:    Brown
AGE:     21-35
HEIGHT: 5'4"-5'8"
WEIGHT: 100-130

        I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response.  Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above.  Hence, upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal statutes.

                                                                                            ANGELO RODRIGUEZ
Sworn to before me this    13rd day of January, 2005              LICENSE NO.: 1000177

REGENIA LARKIN
NOTARY PUBLIC, STATE OF NEW YORK
NO: 01LA6045811
QUALIFIED IN BRONX COUNTY
COMMISSION EXPIRES: July 31, 2006

| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|
| MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER | |

Received From:

**N & H**
**139 FULTON STREET**
**NEW YORK, NY 10038**

One piece of ordinary mail addressed to:

ZHI Xiong XU
175 Hester St.
New York, N.Y. 10013

PS Form **3817**, January 2001

**PERSONAL CONFIDENTIAL**

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE: JANUARY 6, 2005 |
| NAME OF SERVER (PRINT): ANGELO RODRIGUEZ | TITLE: PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

[ ] Served personally upon the defendant. Place where served: _____

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.   *place of business*
Name of person with whom the summons and complaint were left: Refused to give name
178 Hester Street, New York, NY 10013

[ ] Returned unexecuted: _____

[X] Other (specify): Sub-Service on ZHI Xiong XU D/B/A World Link LLC

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 6, 2005 at 3:02pm    *Angelo Rod...* (signature)
Date                                       Signature of Server
                                           Angelo Rodriguez 1000177
                                           Bronx, NY
                                           Address of Server

REGENIA LARKIN
Notary Public, State of New York
No. 01LA6045811
Qualified in Bronx County
Commission Expires July 31, 2006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Massachusetts - Central Division

TRIF Company

SUMMONS IN A CIVIL CASE

V.

Chris Morris d/b/a International Housewares, Frank Stoegarar d/b/a Worldwide Marketing, Zia Biao Xu and Zhi Xiong Xu d/b/a World Link LLC

CASE NUMBER: C.A. 04-30194-MAP

TO: (Name and address of defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Harris K. Weiner, Esq.
Law Office of Jeffrey B. Pine, Esq., PC
321 South Main Street Suite 302
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(BY) DEPUTY CLERK