**United States District Court**

**District of Massachusetts**
**Central Division**

FILED

U.S. DISTRICT COURT

| | |
|---|---|
| TRIF Company | ) |
|     Plaintiff | ) |
| V. | ) |
| Chris Morris d/b/a International | ) |
| Housewares, Frank Stoegarar d/b/a | ) |
| Worldwide Marketing, Zia Biao Xu and | ) |
| Zhi Xiong Xu d/b/a Earth Link LLC | ) |
| | ) |
| | ) |
| | ) |

C.A. No. –04-30194-MAP

## VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(i)

Plaintiff Trif Company hereby voluntarily dismisses Defendant Frank Stoegarar d/b/a

Worldwide Marketing from the above-referenced action with prejudice pursuant to Rule

41(a)(1)(i) of the Federal Rules of Civil Procedure. The parties shall bear their own costs.

Respectfully submitted by,
Plaintiff,
By its Attorneys,

Harris K. Weiner, Esq. # 551981
Law Office of Jeffrey B. Pine
321 South Main Street
Suite 302
Providence, RI 02903
Phone: (401) 351-8200
Fax: (401) 351-9032

## CERTIFICATION

I, the undersigned, hereby certify that on this _12th_ day of April 2005, I mailed a true copy of the foregoing *Voluntary Dismissal Pursuant to Rule 41 (a)(1)(i)* Frank Stoegarar World Wide Marketing 859 Mullen Ave. Los Angeles, CA 90005, Zia Biao Xu and Zhi Xiong Xu d/b/a World Link LLC , 178 Hester Street NY, NY 10013 and to Chris Morris d/b/a International Housewares, 6601 Ventor Ave. Suite 305 Ventor, NJ 08406.


_Leslie A. Luciano_
Leslie A. Luciano