United States District Court
District of Massachusetts
Central Division

| | |
|---|---|
| TRIF Company<br>    Plaintiff<br>V.<br>Chris Morris d/b/a International Housewares, Frank Stoegarar d/b/a Worldwide Marketing, Zia Biao Xu and Zhi Xiong Xu d/b/a World Link, LLC | C.A. No. –04-30194-MAP |

## MOTION FOR DEFAULT PURSUANT TO RULE 55(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff TRIF Company hereby moves pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for entry of default against Defendants Zia Biao Xu and Zhi Xiong Xu d/b/a World Link, LLC in the above-referenced action. These Defendants were duly served on January 6, 2005 in New York City, New York. An Affidavit of Service has been filed with this Court. The Defendants have failed to plead or otherwise defend as required by the applicable Rules of Civil Procedure.

Respectfully submitted by,
Plaintiff,
By its Attorneys,

_____
Harris K. Weiner, Esq. # 551981
Law Office of Jeffrey B. Pine
321 South Main Street
Suite 302
Providence, RI 02903

Phone: (401) 351-8200
Fax: (401) 351-9032

## CERTIFICATION

I, the undersigned, hereby certify that on this __12th__ day of April 2005, I mailed a true copy of the foregoing *Motion for Default Pursuant to Rule 55 A of the Federal Rules of Civil Procedure* to Zia Biao Xu and Zhi Xiong Xu d/b/a World Link LLC, 178 Hester Street NY, NY 10013, Frank Stoegarar World Wide Marketing 859 Mullen Ave. Los Angeles, CA 90005 and to Chris Morris d/b/a International Housewares, 6601 Ventor Ave. Suite 305 Ventor, NJ 08406.

_____
Leslie A. Luciano