UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRIF COMPANY,

        **Plaintiff**

                                          CA 04-30194-MAP

V.

CHRIS MORRIS, D/B/A INTERNATIONAL HOUSEWARES,
ET AL

        **Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **TRIF COMPANY**, an order of Default for failure of the Defendant, **ZIA BIAO XU and ZHI XIONG XU d/b/a WORLD LINK, LLC**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **15TH** day of **APRIL, 2005**.

                                                                           TONY ANASTAS
                                                                           CLERK OF COURT

                                                          By:   **/s/ Mary Finn**
                                                                    **Deputy Clerk**

**Notice mailed to:  Counsel for Plaintiff
                              And Defendant**

Default Notice.wpd - 2/2000)                                                          [ntcdflt.]