UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# **ORDER OF REFERENCE**

TRIF CO

Check if previously referred: _____

V.     CA/CR No. __04-30194__

CHRIS MORRIS

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge __NEIMAN__ for the following proceedings:

(A)   Referred for full pretrial case management, including all dispositive motions.

   Referred for full pretrial case management, <u>not</u> including dispositive motions:

(B)   Referred for discovery purposes only.

(C)   Referred for Report and Recommendation on:

   (  ) Motion(s) for injunctive relief
   (  ) Motion(s) for judgment on the pleadings
   (  ) Motion(s) for summary judgment
   (  ) Motion(s) to permit maintenance of a class action
   (  ) Motion(s) to suppress evidence
   (  ) Motion(s) to dismiss
   (  ) Post Conviction Proceedings[1]
   See Documents Numbered: _____

(D)   Case referred for events only.  See Doc. No(s). _____

(E)   Case referred for settlement.

(F)   Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
   (  ) In accordance with Rule 53, F.R.Civ.P.
   (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(G)   Special Instructions:   __STATUS CONFERENCE__

__JUNE 30, 2005__                    By:   __/s/ Elizabeth A. French__
Date                                       Deputy Clerk

**(Order of Ref to MJ.wpd - 05/2003)**

---

[1]  See reverse side of order for instructions