AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

TRIF CO.

V.

CHRIS MORRIS

**NOTICE**

CASE NUMBER: 04-30194-MAP

TYPE OF CASE:

☒ CIVIL    ☐ CRIMINAL

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |
| | Wednesday, July 27, 2005 at 2:30 P.M. |

TYPE OF PROCEEDING

STATUS CONFERENCE

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

SARAH A. THORNTON, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

July 6, 2005
DATE

/s/ /s/ Bethaney A. Healy
(BY) DEPUTY CLERK

TO: ALL COUNSEL OF RECORD