United States District Court

**District of Massachusetts
Western Division**

| | |
|---|---|
| **TRIF Company** )<br>)<br>**Plaintiff** )<br>V. )   C.A. No. –04-30194-MAP<br>**Chris Morris d/b/a International** )<br>**Housewares, Frank Stoegarar d/b/a** )<br>**Worldwide Marketing, Zia Biao Xu and** )<br>**Zhi Xiong Xu d/b/a World Link, LLC** )<br>)<br>**Defendants** )<br>) | |

## Motion for Default Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure

Plaintiff TRIF Company hereby moves pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for entry of default against International Housewares, Inc. in the above-referenced action. This Defendant was duly served on September 28, 2004 in Springfield, Massachusetts. An Affidavit of Service has been filed with this Court. The Defendant has failed to plead or otherwise defend as required by the applicable Rules of Civil Procedure.

Respectfully submitted by,
Plaintiff, TRIF Company,
By its Attorneys,

Harris K. Weiner, Esq. # 551981
Law Office of Jeffrey B. Pine
321 South Main Street
Suite 302
Providence, RI 02903
Phone: (401) 351-8200
Fax: (401) 351-9032

## CERTIFICATION

Counsel for Plaintiff hereby certifies that he notified Defendant International Housewares, Inc. of the Plaintiff's intention to move for default.

## CERTIFICATION

I, the undersigned, hereby certify that on this 15th day of July 2005, I mailed a true copy of the foregoing *Motion for Default Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure* to Chris Morris, International Housewares, Inc., 6601 Ventor Ave. Suite 305 Ventor, NJ 08406.

_____
Leslie A. Luciano