## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TRIF COMPANY**<br>　　　　　　　**Plaintiff**<br><br>　　　　V.<br><br>**CHRIS MORRIS d/b/a INTERNATIONAL HOUSEWARES, FRANK STOEGARAR d/b/a WORLDWIDE MARKETING, ZIA BIAO XU and ZHI XIONG XU d/b/a WORLD LINKS, LLC**<br>　　　　　　　**Defendants** | **CIVIL ACTION**<br><br>**NO.** 3:04-CV-30194-MAP |

### NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>TRIF Company,</u> for an order of Default for failure of the Defendant, <u>Chris Morris d/b/a International Housewares, Inc.</u>, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u> 18 </u> day of <u> July </u>, 2005.

　　　　　　　　　　　　　　　　　　　　　Sarah A. Thornton, Clerk

　　　　　　　　　　　　　　　**By:**　 /s/ *Maurice G Lindsay*
　　　　　　　　　　　　　　　　　　Maurice G. Lindsay, Deputy Clerk

**Notice mailed to:**

❏　　　Plaintiff's Counsel, Harris K. Weiner, Esq.
❏　　　Defendant Chris Morris d/b/a International Housewares, Inc.