United States District Court
District of Massachusetts
Western Division

TRIF Company                )
                            )
        Plaintiff           )
V.                          )   C.A. No. –04-30194-MAP
International Housewares, Inc., Chris )
Morris d/b/a International Housewares, )
Inc., Frank Stoegarar d/b/a Worldwide )
Marketing, Zia Biao Xu and Zhi Xiong Xu )
d/b/a World Link, LLC       )
                            )
        Defendants          )

## Motion for Entry of Default Judgments

Now comes Plaintiff TRIF Company to seek entry of judgments by default against International Housewares, Inc. and Zia Biao Xu and Zhi Xiong Xu d/b/a World Link, LLC. These parties have been defaulted for failure to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

The amount of the judgments is a sum certain comprised of two items. The first is sales of the infringing product in the amount of $7,772 as evidenced by the attached Affidavit of Stacey Morris, the authorized agent of International Housewares, Inc. These infringing products were acquired by International Housewares, Inc. from Zia Biao Xu and Zhi Xiong Xu d/b/a World Link, LLC and were sold by International Housewares, Inc. at the Big E Exposition in Springfield, Massachusetts in September 2004. The second sum certain element of damages is attorneys' fees incurred by the Plaintiff in prosecuting this

matter. These fees total $11,250 as evidenced by the attached Affidavit of Harris K. Weiner.

The judgment against International Housewares, Inc. should reflect this entity as a proper party. Stacey Morris on behalf of International Houswares, Inc. attended the hearing on the temporary restraining order on September 30, 2004 and entered her appearance on behalf of this corporation which Judge Ponsor added as a party to C.A. No. 04-30194-MAP.

For the foregoing reasons Plaintiff TRIF Company respectfully requests a default judgment against International Housewares, Inc. and Chris Morris d/b/a/ International Housewares, Inc. in the amount of $19,022 plus pre-judgment interest from September 30, 2004. Plaintiff TRIF Company also requests a default judgment against Defendants Zia Biao Xu and Zhi Xiong Xu d/b/a World Link, LLC in the amount of $19,022 plus prejudgment interest from September 30, 2005.

                Respectfully submitted by,
                Plaintiff, TRIF Company,
                By its Attorneys,

                Harris K. Weiner, Esq. # 551981
                Law Office of Jeffrey B. Pine
                321 South Main Street
                Suite 302
                Providence, RI 02903
                Phone: (401) 351-8200
                Fax: (401) 351-9032

## CERTIFICATION

I, the undersigned, hereby certify that on this 20th day of July 2005, I mailed a true copy of the foregoing *Motion for Entry of Default Judgment* to Chris Morris, International Housewares, Inc., 6601 Ventor Ave. Suite 305 Ventor, NJ 08406.

*Leslie A. Luciano*
Leslie A. Luciano

**INTERNATIONAL HOUSEWARES INC, SALES SUMMARY FOR WORLDLINK PILLOWS**

Pillow #1

| | |
|---|---:|
| 27-Sep | 1265 |
| 28-Sep | 605 |
| 29-Sep | 1103 |
| 30-Sep | 1072 |
| | 4045 |

Pillow #2

| | |
|---|---:|
| 27-Sep | 975 |
| 28-Sep | 0 |
| 29-Sep | 1076 |
| 30-Sep | 968 |
| | 3019 |

Pillow #3

| | |
|---|---:|
| 27-Sep | 512 |
| 28-Sep | 196 |
| | 708 |

Total for three booths
    7772
Appx 370 of Billy's pillows sold

I, Stacey Morris, am a duly authorized agent of International Housewares Inc.
My brother is the president of the corporation, and I managed the sales operation at the BIG E.
Upon oath I state as follows:
I have personal knowledge of the attached accounting of the pillows sold.
I prepared this accounting based on actual sales figures. The accounting is accurate to the best of
my knowledge and signed under the pains and penalties of perjury
, this         day of December   2004.
The source for these pillows and infringing packaging was known to me as Worldlink,
and its principal known to me as "Billy".

_____
STACEY MORRIS

State of New York
County of New York
12/17/04

NOTARY PUBLIC

CARL A. FORDE
Notary Public, State of New York
No. 24-4902001
Qualified in Kings County
Commission Expires Dec 31, 2006

Help List

```
<GENERAL SETUP MENU>

                Menu Selections    Options

                1. BEEPER
                2. SLEEP MODE
                3. PRINT DENSITY
                0. LOCAL LANGUAGE (Canada Only)     ENGLISH/FRENCH


<COPY MENU>

                Menu Selections    Options

                1. COPY MODE       AUTO/TEXT/PHOTO
                2. CONTRAST        -00000+
                3. PAPER TYPE      THIN/PLAIN/THICK/THICKER
                4. PAPER SIZE      LETTER/LEGAL/A4


<STEPS TO SET A MENU SELECTION>

1) Press MENU-SET.
2) Using UP or DOWN, select the Main Menu, and then press MENU-SET to enter it.
                  (1.GENERAL SETUP, 2.COPY)
3) Using UP or DOWN, select the Submenu, and then press MENU-SET to enter it.
4) Using UP or DOWN, select the Menu Selection, and then press MENU-SET to enter it.
5) Using UP or DOWN, select the Option you want, and then press MENU-SET to enter it.
6) Press STOP/EXIT to exit.


<KEY OPERATIONS>

CLEAR SETTINGS   *Reset the temporary copy settings.
CONTRAST         *Adjust the copy contrast for the next copy.
COPY             *Make a copy.
COPY MODE        *Select the copy resolution for your type of original.
ENLARGE          *Select an enlargement ratio.
LEFT             *Return to the previous Menu level.
MENU-SET         *Access the Menu.
                 *Go to the next Menu level.
                 *Accept an option.
NUMERIC KEYS     *Enter the number of copies you want.
OPTIONS          *Select copy settings for the next copy.
PAPER SIZE       *Select the size of paper you loaded in the multi-purpose sheet feeder.
REDUCE           *Select a reduction ratio.
REPORTS          *Print programming instructions or your latest default settings for
                  General Setup.
RESET            *Clear data from the printer memory.
RIGHT            *Go to the next Menu level.
SCAN TO          *Scan the next original into E-mail or other application.
SORT             *Sort multiple copies.
STOP/EXIT        *Exit the Menu.
TONER SAVE       *Reduce the print density to save costs.
UP or DOWN       *Scroll through the Menu level.
```