## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

TRIF, COMPANY
                    Plaintiff(s)

            v.                                    CIVIL ACTION NO.04-30194-MAP

INTERNATIONAL HOUSEWARES, INC.,
ET AL,
                    Defendant(s)


### DEFAULT JUDGMENT

PONSOR, D.J.


Defendants International Housewares, Inc., Chris Morris, d/b/a International Housewares, Inc. AND Zia Biao Xu and Zhi Ziong Xu d/b/a World Link. LLC, having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendants owe plaintiff the sum of $7,772.00 plus attorneys fees in the amount of $11,250.00 and that defendants are not infants or incompetent persons or in the military service of the United States.

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendants International Housewares, Inc. and Chris Morris d/b/a International Housewares, Inc. AND Zia Biao Xu and Zhi Zion Xu d/b/a World Link, LLC, the principal amount of $7,772.00, with attorneys' fees in the amount of $11,250.00, and prejudgment interest at the rate of .0359% from 9/28/04 to 7/26/05 in the amount of $1,192.00, for a total judgment of $20,214.00 for each of the two defendant groups with interest as provided by law.


                                        By the Court,
Dated:7/26/05

                                        Deputy Clerk


NOTE: The post judgment interest rate effective this date is .0359 %.